*Clariet Allen*

GEO. M<sup>c</sup>DOUGALL
Attorney for the petitioner

TERRITORY OF MICHIGAN } TO WIT
DISTRICT OF DETROIT

I do solemnly swear that the facts contained in the within petition, in my belief, are the truth & nothing but the truth,

Sworn & subscribed before me,                                   the mark of
in the Jail of the District                                CLARET X ALLEN
of Detroit this 22 Sep A D 1815                       the Wife of W<sup>m</sup> Allen
          GEO M<sup>c</sup>DOUGALL
               Justice of the Peace

[In the handwriting of George McDougall]